UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERRI MARSH-QUINLAN,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　　Defendant. | CASE NO. 3:19-CV-06136-MAT<br><br>ORDER |

This matter comes before this Court following an appeal (Dkt. 37) of the Court's order denying Plaintiff's motion for attorney fees (Dkt. 36). On January 5, 2022, the United States Court of Appeals for the Ninth Circuit issued a Memorandum (Dkt. 39) reversing that order and remanding for calculation and award of fees and costs.

On February 28, 2022, the Court of Appeals issued the formal Mandate pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure (Dkt. 40), making it the final judgment of the Court. The Court of Appeals also ordered costs taxed against the appellee in the amount of $36.72. Dkt. 40.

Consistent with the Memorandum of the Court of Appeals (Dkt. 39), Plaintiff is directed to re-file the motion for attorney fees **on or before April 1, 2022**.

ORDER
PAGE - 1

The Commissioner's response to the re-filed motion for attorney fees is due **April 15, 2022**. Plaintiff's optional reply brief is due **April 22, 2022**.

DATED this 3rd day of March, 2022.

MARY ALICE THEILER
United States Magistrate Judge